UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLIANCE PACKAGING LLC, a
Washington limited liability company,

           Plaintiff,

v.

SMURFIT-STONE CONTAINER
CORPORATION, a Delaware corporation, et al.,

           Defendants.

C07-112Z

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Court DENIES Defendant Altivity's motion for summary judgment of no willful infringement, docket no. 203. There are material issues of fact that preclude summary judgment.

    (2)    The Court DENIES Defendant Altivity's motion of no lost profits, docket no. 188.

    (3)    The Court has scheduled oral argument for Friday, September 12, 2008, at 9:00 a.m. on all remaining motions. The Court now sets the order and time for presentation of oral argument as follows:

        (a)    The Court will first hear argument on Defendant Altivity's motion to pierce the attorney-client privilege, docket no. 105, Plaintiff's motion for partial summary judgment regarding co-inventorship, docket no. 129, and Plaintiff's motion for summary judgment dismissing Altivity's defense of inequitable conduct, docket no. 214. The Court will allow Defendants to argue first. The Court limits the time to a total of 20 minutes per side.

MINUTE ORDER 1–

(b) The Court will then hear argument on Defendant Altivity's motion for no contract or pre-issuance damages, docket no. 197 [no contract issue only] and Defendant Smurfit Stone Container's motion for summary judgment relating to the supply agreement, docket no. 235. Defendants will argue first. The Court limits the time to a total of 20 minutes per side.

(c) The Court will then hear argument on Plaintiff's motion to dismiss Defendant Altivity's claim for misappropriation of trade secrets, docket no. 216. The Court allocates 10 minutes per side and Plaintiff shall argue first.

(d) Finally, the Court will hear argument on Plaintiff's motion to dismiss claims and defenses based on 35 U.S.C. § 112, docket no. 211. The Court limits the time to 10 minutes per side. Plaintiff will argue first.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 8th day of September, 2008.

BRUCE RIFKIN, Clerk

By  s/ Claudia Hawney
Claudia Hawney
Deputy Clerk

MINUTE ORDER 2–